**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| LAKE COUNTY, ILLINOIS, | |
| *Plaintiff,* | Case No. 1:23-cv-2402 |
| v. | |
| ELI LILLY AND COMPANY, *et al*. | Honorable Elaine E. Bucklo |
| *Defendants.* | **Jury Trial Demanded** |

**OPTUMRX, INC.'S RULE 7.1 AND LOCAL RULE 3.2**
**CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant OptumRx, Inc. makes the following corporate disclosures:

UnitedHealth Group Incorporated is the ultimate parent of OptumRx Inc. UnitedHealth Group Incorporated does not have any parent companies and is publicly traded on the New York Stock Exchange. No publicly-held company owns ten percent or more of UnitedHealth Group Incorporated's stock.

The Vanguard Group, Inc. owns more than 5% of UnitedHealth Group Incorporated's stock.

BlackRock, Inc. owns more than 5% of UnitedHealth Group Incorporated's stock.

FMR LLC owns more than 5% of UnitedHealth Group Incorporated's stock.

1

Dated:    May 15, 2023        Respectfully submitted,

**ALSTON & BIRD LLP**

By:   /s/ *Patricia Brown Holmes*
Patricia Brown Holmes
Lucas Rael
**RILEY SAFER HOLMES & CANCILA LLP**
70 W Madison St Suite 2900
Chicago, IL 60602
T: (312) 471-8700
pholmes@rshc-law.com
lrael@rshc-law.com

Brian D. Boone (*pro hac vice* application forthcoming)
Michael Hoernlein (*pro hac vice* application forthcoming)
**ALSTON & BIRD LLP**
1120 S. Tryon Street, Suite 300
Charlotte, NC 28280
T: (704) 444-1000
brian.boone@alston.com
michael.hoernlein@alston.com

Kelley Barnaby (*pro hac vice* application forthcoming)
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
T: (202) 239-3687
kelley.barnaby@alston.com

Elizabeth Broadway Brown (*pro hac vice* application forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
T: (404) 881-7000
liz.brown@alston.com

*Attorneys for Defendant OptumRx, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15 2023, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Patricia Brown Holmes*