**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: LAKE COUNTY, ILLINOIS v. ELI LILLY AND CO., et al.

Case Number: 1:23-cv-02402

An appearance is hereby filed by the undersigned as attorney for:

Express Scripts Defendants (Please see Attachment A)

Attorney name (type or print): Elizabeth B. Herrington

Firm: Morgan, Lewis & Bockius LLP

Street address: 110 North Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6244547
(See item 3 in instructions)

Telephone Number: (312) 324-1000

Email Address: beth.herrington@morganlewis.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 22, 2023

Attorney signature: S/ Elizabeth B. Herrington
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**Attachment A: List of Express Scripts Defendants**

- Evernorth Health, Inc. (Formerly Express Scripts Holding Co.)
- Express Scripts, Inc.
- Express Scripts Administrators, LLC
- Medco Health Solutions, Inc.
- ESI Mail Pharmacy Service, Inc. (sued as ESI Mail Pharmacy Services, Inc.)
- Express Scripts Pharmacy, Inc.