**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAKE COUNTY, ILLINOIS,<br><br>   *Plaintiff,*<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*<br><br>   *Defendants.* | Civil Action No. 1:23-cv-2402 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.2, Defendants Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc.,[1] Express Scripts Pharmacy, Inc., and Medco Health Solutions, Inc. (collectively, "Express Scripts") disclose that they are non-governmental corporate parties, and that those parties' parent corporation, and all publicly held corporations owning 5% or more of the parties' stock, are listed here:

- The Cigna Group

Date: June 22, 2023       Respectfully submitted,

                  */s/ Elizabeth B. Herrington*
                  Elizabeth B. Herrington (#6244547)
                  Morgan, Lewis & Bockius LLP
                  110 North Wacker Drive
                  Chicago, Illinois 60606
                  Tel: (312) 324-1000
                  beth.herrington@morganlewis.com

                  -and-

---

[1] Plaintiff's Complaint incorrectly identified Defendant ESI Mail Pharmacy Service, Inc. as "ESI Mail Pharmacy Services, Inc."

        Jason R. Scherr (*pro hac vice* pending)
        Patrick A. Harvey (#995570)
        Morgan, Lewis & Bockius LLP
        1111 Pennsylvania Avenue, NW
        Washington, DC 20004
        Tel: (202) 739-3000
        jason.scherr@morganlewis.com
        patrick.harvey@morganlewis.com

*Attorneys for Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc. (sued as ESI Mail Pharmacy Services, Inc.), Express Scripts Pharmacy, Inc., and Medco Health Solutions, Inc.*