**Attachment A: List of Express Scripts Defendants**

- Evernorth Health, Inc. (Formerly Express Scripts Holding Co.)
- Express Scripts, Inc.
- Express Scripts Administrators, LLC
- Medco Health Solutions, Inc.
- ESI Mail Pharmacy Service, Inc. (sued as ESI Mail Pharmacy Services, Inc.)
- Express Scripts Pharmacy, Inc.