**Attachment A**

I, Raymond Kennon Poteat III, seek permission to represent the following parties *Pro Hac Vice*:

- CVS HEALTH CORPORATION
- CVS PHARMACY, INC
- CAREMARK RX, L.L.C.
- CAREMARKPCS HEALTH, L.L.C.
- CAREMARK, L.L.C.