**Attachment B**

I, Raymond Kennon Poteat III, am a member in good standing and eligible to practice before the following courts:

| Court | Date Admitted |
|---|---|
| USDC for the E. District of Virginia | 11/21/2006 |
| USDC for the W. District of Virginia | 12/07/2006 |
| U.S. Courts of Appeals for the Fourth Circuit | 11/29/2006 |
| U.S. Courts of Appeals for the Fifth Circuit | 08/13/2008 |

| State Bar | Date Admitted |
|---|---|
| Virginia | 10/12/2006 |
| District of Columbia | 11/07/2008 |