**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LAKE COUNTY, ILLINOIS<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL PHARMACY SERVICES, INC.; EXPRESS SCRIPTS PHARMACY, INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, LLC; CAREMARK PCS HEALTH, LLC; CAREMARK, LLC; UNITEDHEALTH GROUP, INC.; OPTUM, INC.; OPTUMRX INC.; OPTUMINSIGHT, INC.,<br><br>    Defendants. | Case No. 1:23-cv-02402<br><br>Hon. LaShonda A. Hunt |

**DEFENDANT NOVO NORDISK INC.'S CORPORATE**
**DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Novo Nordisk Inc. makes the following disclosure:

  Novo Nordisk Inc. is a privately held corporation wholly owned by Novo Nordisk US Commercial Holdings, Inc.

  Novo Nordisk US Commercial Holdings, Inc. is a privately held corporation wholly owned by Novo Nordisk US Holdings, Inc.

Novo Nordisk US Holdings, Inc. is a privately held corporation wholly owned by Novo Nordisk A/S.

Novo Nordisk A/S is a publicly traded corporation headquartered in Bagsvaerd, Denmark. Defendant Novo Nordisk Inc. is not aware of any publicly held company that owns 5% or more of the stock of Novo Nordisk A/S.

Dated: July 7, 2023

Respectfully submitted,

Novo Nordisk Inc.

By: */s/ Suyash Agrawal*
        One of Its Attorneys

Suyash Agrawal
Paul Berks
MASSEY & GAIL LLP
50 E. Washington Street – Suite 400
Chicago, Illinois 60602
(312) 283-1590 main
sagrwal@masseygail.com
pberks@masseygail.com

*Counsel for Defendant Novo Nordisk Inc.*