**Attachment A**

| Admissions | Admission Date |
| --- | ---: |
| State of Pennsylvania | 10/19/2010 |
| District of Columbia | 3/9/2012 |
| U.S. Court of Appeals for the Federal Circuit | 11/3/2014 |
| U.S. Court of Appeals for the D.C. Circuit | 11/14/2014 |
| U.S. District Court for the District of Columbia | 12/1/2014 |
| U.S. Court of Appeals for the Seventh Circuit | 6/12/2015 |
| U.S. Supreme Court | 8/28/2015 |
| U.S. Court of Appeals for the Third Circuit | 5/17/2016 |
| U.S. Court of Appeals for the Sixth Circuit | 10/12/2018 |