IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKE COUNTY, ILLINOIS, <br><br> *Plaintiff*, <br> v. <br><br> ELI LILLY AND COMPANY, et al. <br><br> *Defendants*. | Case No. 1:23-cv-2402 <br><br> Honorable Lashonda Hunt |

**OPTUMRX INC., OPTUM, INC., UNITEDHEALTH GROUP, INC., AND OPTUMINSIGHT INC.'S UNCONTESTED MOTION TO EXTEND THE PAGE LIMIT FOR THEIR MOTION TO DISMISS**

Defendants OptumRx, Inc., Optum, Inc., UnitedHealth Group, Inc., and OptumInsight, Inc. (collectively, the "Optum Defendants") submit this Motion to extend the page limit for their motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) set by Local Rule 7.1 for the following reasons:

1. Plaintiff Lake County, Illinois ("Plaintiff" or the "County") filed a 143-page, 643-paragraph Complaint in this Court on April 18, 2023, alleging violations of federal racketeering laws, the Illinois Consumer Fraud and Deceptive Business Practices Act, and Illinois common law. The Optum Defendants intend to file a joint motion to dismiss the entirety of the County's Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

2. Under this Court's Civil Local Rule 7.1, the Optum Defendants' brief in support of their motion to dismiss is limited to 15 pages.

3. Given the complexity of the County's Complaint and the number of arguments the Optum Defendants, acting as four separate entities, anticipate making in their joint motion to dismiss, the Optum Defendants respectfully request an expansion of the Court's page limit to no more than 25 pages total, which is far less than the aggregate pages that they individually would be entitled to file, to be able to adequately explain to the Court the multiple ways the County's Complaint warrants dismissal.

4. The Optum Defendants conferred with the County, and it does not oppose the Optum Defendants' requested 25-page limit.

WHEREFORE, the Optum Defendants respectfully request that this Court grant leave to extend the page limit for their motion to dismiss to 25 pages.

Dated: July 11, 2023

**OPTUMRX, INC.; OPTUM, INC.; UNITEDHEALTH GROUP, INC.; AND OPTUMINSIGHT, INC.**

*/s/ Patricia Brown Holmes*
Patricia Brown Holmes
Lucas Thor Rael
**RILEY SAFER HOLMES & CANCILA LLP**
70 W Madison St Suite 2900
Chicago, IL 60602
T: (312) 471-8700
pholmes@rshc-law.com
lrael@rshc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Patricia Brown Holmes*
Patricia Brown Holmes
