IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAKE COUNTY, ILLINOIS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL PHARMACY, INC.; EXPRESS SCRIPTS PHARMACY, INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC; CAREMARK RX, LLC; CAREMARK PCS HEALTH, LLC; CAREMARK, LLC; UNITEDHEALTH GROUP, INC.; OPTUMRX INC.; AND OPTUMINSIGHT, INC.,<br><br>　　　　Defendants. | Case No. 1:23-CV-2402 |

### MANUFACTURER DEFENDANTS' UNCONTESTED MOTION TO EXTEND THE PAGE LIMIT FOR THEIR MOTION TO DISMISS

Pursuant to Civil Local Rule 7.1, defendants Eli Lilly & Co., on behalf of itself and Novo Nordisk Inc. and Sanofi-Aventis U.S. LLC (collectively, the "Manufacturer Defendants"), respectfully request extension of the page limit for their motion to dismiss.

1.　Lake County filed a 150-page, 634-paragraph Complaint in the United States District Court for the Northern District of Illinois, Eastern Division on April 18, 2023, bringing claims in its capacity as the operator of two health plans which, in relevant part, offered pharmacy benefits to plan beneficiaries. The Complaint brought causes of action under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c)-(d), the Illinois Consumer Fraud

and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*, as well as common law civil conspiracy and unjust enrichment.

2. The three Manufacturer Defendants intend to file a joint motion to dismiss the entirety of Lake County's Complaint for failure to state a claim under Federal Rule 12(b)(6).

3. Under this Court's Civil Local Rule 7.1, Manufacturer Defendants' brief in support of their motion to dismiss is limited to 15 pages.

4. Given the complexity of Lake County's Complaint, the number of arguments the Manufacturer Defendants anticipate in their motion to dismiss, and the Manufacturer Defendants' intent to file one joint brief rather than three separate briefs, the Manufacturer Defendants respectfully request extension of the 15-page limit. The Manufacturer Defendants seek an expansion of the Court's page limit to no more than 30 pages total, which is less than the aggregate total they would individually be entitled to file, to be able to adequately explain to the Court the multiple ways in which Lake County Complaint warrants dismissal.

5. The Defendant Manufacturers conferred with the Plaintiff, and it does not oppose the Manufacturer Defendants' requested 30-page limit.

WHEREFORE, Manufacturer Defendants respectfully request that this Court grant leave to extend the page limit for their motion to dismiss to 30-pages.

Dated: July 11, 2023	Respectfully submitted,

/s/ *Ryan J. Moorman*
James F. Hurst, P.C.
Andrew A. Kassof, P.C.
Diana M. Watral, P.C.
Ryan J. Moorman
Jason A. Feld
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
Email: james.hurst@kirkland.com
Email: akassof@kirkland.com
Email: diana.watral@kirkland.com
Email: ryan.moorman@kirkland.com
Email: jason.feld@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

Jordan M. Matthews, No. 6300503
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1 312 269 4169
Email: jmatthews@jonesday.com

Theresa C. Martin*
Shirlethia V. Franklin*
William D. Coglianese*
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: +1 202 879 3939
Email: tcoughlin@jonesday.com
Email: sfranklin@jonesday.com
Email: wcoglianese@jonesday.com
* *Pro hac vice application forthcoming*

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

3

Suyash Agrawal
Paul Berks
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
Telephone: +1 312 283 1590
Email: sagrawal@masseygail.com
Email: pberks@masseygail.com

James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
Email: rouhandeh@davispolk.com

Neal A. Potischman (admission pending)
Andrew Yaphe (admission pending)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000
Email: neal.potischman@davispolk.com
Email: andrew.yaphe@davispolk.com

*Attorneys for Defendant Novo Nordisk Inc.*

## CERTIFICATE OF SERVICE

I, Ryan J. Moorman, an attorney, certify that on July 11, 2023, a true and accurate copy of Defendants' Unopposed Motion to Extend the Page Limit for Their Motion to Dismiss was served upon counsel of record at the addresses indicated by CM/ECF electronic notification.

*/s/ Ryan J. Moorman*
Ryan J. Moorman
