# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Lake County, Illinois v. Eli Lilly and Company, et al.

Case Number: 1:23-cv-02402

An appearance is hereby filed by the undersigned as attorney for:
Novo Nordisk Inc.

Attorney name (type or print): James P. Rouhandeh

Firm: Davis Polk & Wardwell LLP

Street address: 450 Lexington Avenue

City/State/Zip: New York, New York 10017

Bar ID Number: 2211837
(See item 3 in instructions)

Telephone Number: (212) 450-4835

Email Address: rouhandeh@davispolk.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/11/2023

Attorney signature: S/ James P. Rouhandeh
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015