**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | |
|---|---|
| LAKE COUNTY, ILLINOIS,<br><br>                         Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>                         Defendants. | Case No.: 1:23-cv-02402<br><br>**MEMORANDUM OF LAW IN SUPPORT OF EXPRESS SCRIPTS DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**EXPRESS SCRIPTS' DEFENDANTS
UNCONTESTED MOTION TO EXTEND THE PAGE LIMIT
FOR THEIR MOTION TO DISMISS**

Defendants Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service, Inc. (sued as ESI Mail Pharmacy Services, Inc.), and Express Scripts Pharmacy, Inc. (collectively, the "Express Scripts Defendants") submit this motion to extend the page limit for their motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) set by Local Rule 7.1 for the following reasons:

       1.      Plaintiff Lake County, Illinois (the "County") filed a 143-page, 643-paragraph Complaint in this Court on April 18, 2023, alleging violations of federal racketeering laws, the Illinois Consumer Fraud and Deceptive Business Practices Act, and Illinois common law. The Express Scripts Defendants intend to file a joint motion to dismiss the entirety of the County's Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

       2.      Under this Court's Civil Local Rule 7.1, the Express Scripts Defendants' brief in support of their motion to dismiss is limited to 15 pages.

1

3. Given the complexity of the County's Complaint and the number of arguments the Express Scripts Defendants anticipate making in their joint motion to dismiss, the Express Scripts Defendants request an expansion of the Court's page limit to no more than 25 pages total, to be able to adequately explain the multiple ways the County's Complaint warrants dismissal.

4. The Express Scripts Defendants conferred with the County, and it does not oppose the Express Scripts Defendants' requested 25-page limit.

WHEREFORE, the Express Scripts Defendants respectfully request that this Court grant leave to extend the page limit for their motion to dismiss to 25 pages.

Dated: July 11, 2023

Respectfully submitted,

/s/ *Patrick A. Harvey*
Jason R. Scherr (*pro hac vice* pending)
Patrick A. Harvey Bar Roll No. 995570
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, D.C. 20004-2541
Phone: (202) 739-3000
Fax: (202) 739-3001
Email: jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com

Elizabeth B. Herrington, Bar Roll No. 6244547
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Dr., Suite 2800
Chicago, IL 60606-1511
Phone: (312) 324-1445
Fax: (312) 324-1001
Email: beth.herrington@morganlewis.com

*Attorney for Defendants Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service (sued as ESI Mail Pharmacy Services, Inc.), and Express Scripts Pharmacy, Inc.*