IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKE COUNTY, ILLINOIS,<br><br>*Plaintiff*,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>*Defendants*. | Case No. 1:23-cv-2402<br><br>Honorable Lashonda Hunt |

**[PROPOSED] ORDER**

Defendants Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service, Inc. (sued as ESI Mail Pharmacy Services, Inc.), and Express Scripts Pharmacy, Inc. (collectively, the "Express Scripts Defendants") moved to extend the page limit for their motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) set by Local Rule 7.1. Plaintiff, Lake County, Illinois, does not oppose the request. *Id.*

The Express Scripts Defendants have shown good cause to extend the page limit for their motion to dismiss to 25 pages. The motion is granted, and the page limit extended to 25 pages for the Express Scripts Defendants' motion to dismiss.

Dated: July 11, 2023                                              SO ORDERED.

                                                                                        _____

                                                                                        Honorable Lashonda Hunt