**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Lake County, Illinois
                            Plaintiff,

v.                                                       Case No.: 1:23−cv−02402
                                                                         Honorable LaShonda A. Hunt

Eli Lilly and Company, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: The motion of Jason R. Scherr for leave to appear pro hac vice on behalf of Defendants Evernorth Health, Inc. (formerly Express Scripts Holding Co.), Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service, Inc. (sued as ESI Mail Pharmacy Services, Inc.), and Express Scripts Pharmacy, Inc. (collectively, the "Express Scripts Defendants") [39] is granted. The motion of Troy A. Rafferty for leave to appear pro hac vice on behalf of Plaintiff Lake County, Illinois [42] is granted. The motion of Raymond Kennon Poteat III for leave to appear pro hac vice on behalf of Defendants CVS Health Corporation, CVS Pharmacy, Inc., Caremark RX, L.L.C., CaremarkPCS Health, L.L.C., and Caremark, L.L.C. (collectively, the "CVS/Caremark Defendants") [43] is granted. The motion of William D. Coglianese for leave to appear pro hac vice on behalf of Sanofi−Aventis U.S. LLC [49] is granted. The unopposed motion of Defendants OptumRx, Inc., Optum, Inc., UnitedHealth Group, Inc., and OptumInsight, Inc. (collectively, the "Optum Defendants") to extend the page limit for their motion to dismiss to 25 pages [50] is granted. The unopposed motion of Defendants Eli Lilly & Co., Novo Nordisk Inc., and Sanofi−Aventis U.S. LLC (collectively, the "Manufacturer Defendants") to extend the page limit for their motion to dismiss to 25 pages [51] is granted. The unopposed motion of the Express Scripts Defendants to extend the page limit for their motion to dismiss to 25 pages [55] is granted. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.