# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lake County, Illinois

                        Plaintiff,

v.                                                    Case No.: 1:23−cv−02402

                                                                 Honorable LaShonda A. Hunt

Eli Lilly and Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 13, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: The unopposed motion of Defendants Eli Lilly & Co., Novo Nordisk Inc., and Sanofi−Aventis U.S. LLC (collectively, the "Manufacturer Defendants") to extend the page limit for their motion to dismiss to 30 pages [51] is granted. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.