## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: LAKE COUNTY, ILLINOIS v. ELI LILLY AND COMPANY, et al.,

Case Number: 23-cv-02402

An appearance is hereby filed by the undersigned as attorney for: CVS Health Corporation, CVS Pharmacy, Inc.,Caremark RX,LLC,CaremarkPCS Health,LLC and Caremark LLC

Attorney name (type or print): Elizabeth Z. Meraz

Firm: Nixon Peabody LLP

Street address: 70 West Madison, Suite 5200

City/State/Zip: Chicago, IL  60602

Bar ID Number: 6307385
(See item 3 in instructions)

Telephone Number: 312-977-4400

Email Address: ezmeraz@nixonpeabody.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 14, 2023

Attorney signature: S/ Elizabeth Z. Meraz
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015