IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKE COUNTY, ILLINOIS,<br><br>      *Plaintiff*,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>      *Defendants*. | Case No. 1:23-cv-2402<br><br>Honorable Lashonda Hunt<br><br>**ORAL ARGUMENT REQUESTED** |

**UNITEDHEALTH GROUP, INC., OPTUMRX, INC., OPTUM, INC., AND OPTUMINSIGHT, INC.'S MOTION TO DISMISS**

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendants UnitedHealth Group, Inc., OptumRx, Inc., Optum, Inc., and OptumInsight, Inc., (the "Defendants") by and through their undersigned counsel, move to dismiss Plaintiff Lake County, Illinois' (the "County") Complaint on the grounds that the County fails to state a claim upon which relief can be granted. In support of this motion, Defendants state as follows:

1. The County's Complaint fails to state a claim for multiple reasons and therefore should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. First, the Supreme Court's indirect-purchaser rule, as articulated in *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977), bars the County's RICO claims.

3. Second, the County's claims based on fraud or deceit fail because the County's contract demonstrates that OptumRx, Inc. ("OptumRx") did not deceive or defraud the County.

4. Third, the County fails to plead the elements of a RICO claim because: (i) the County does not allege any predicate "racketeering activity" of mail or wire fraud with the particularity required by Federal Rule of Civil Procedure 9(b); (ii) the County has not alleged that the alleged RICO violation caused its alleged injury; (iii) the County has failed to plead a RICO enterprise; (iv) the County fails to plead that OptumRx conducted or participated in the affairs of a RICO enterprise; and (v) the County's RICO conspiracy claim fails because it lacks a viable underlying claim.

5. Fourth, the County's Illinois Consumer Fraud Act claim fails because (i) the County has not alleged any actionable misrepresentation with the requisite particularity; and (ii) the County has not adequately alleged any unfair practice or act.

6. Fifth, the County has failed to state a claim for unjust enrichment because the County has conceded that its relationship with OptumRx was governed by a contract.

7. Sixth, the County's civil conspiracy claim fails because it has not alleged an actionable underlying tort.

8. Seventh, the Court should dismiss UnitedHealth Group, Inc., Optum, Inc., and OptumInsight, Inc. because the County has failed to allege that any of them had any involvement in the challenged conduct.

9. Eighth, the County's claims are time-barred under the governing statutes of limitations.

**WHEREFORE**, for the reasons provided in the accompanying Memorandum of Law, the Defendants request that this Court dismiss the County's claims.

Dated:    July 14, 2023                Respectfully submitted,

By:   */s/ Patricia Brown Holmes*
Patricia Brown Holmes
Lucas Rael
**RILEY SAFER HOLMES & CANCILA LLP**
70 W Madison St Suite 2900
Chicago, IL 60602
T: (312) 471-8700
pholmes@rshc-law.com
lrael@rshc-law.com

Brian D. Boone (*pro hac vice* application forthcoming)
Michael Hoernlein (*pro hac vice* application forthcoming)
**ALSTON & BIRD LLP**
1120 S. Tryon Street, Suite 300
Charlotte, NC 28280
T: (704) 444-1000
brian.boone@alston.com
michael.hoernlein@alston.com

Kelley Barnaby (*pro hac vice* application forthcoming)
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
T: (202) 239-3687
kelley.barnaby@alston.com

Elizabeth Broadway Brown (*pro hac vice* application forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
T: (404) 881-7000
liz.brown@alston.com

*Attorneys for Defendant OptumRx, Inc., Optum, Inc., OptumInsight, Inc., and UnitedHealth Group, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      */s/ Patricia Brown Holmes*
Patricia Brown Holmes

LEGAL02/43157236v3