IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAKE COUNTY, ILLINOIS,<br><br>*Plaintiff*,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.<br><br>*Defendants*. | Case No. 1:23-cv-2402<br><br>**DECLARATION OF DAVID LIOU IN SUPPORT OF UNITEDHEALTH GROUP, INC., OPTUMRX, INC., OPTUM, INC., AND OPTUMINSIGHT, INC.'S MOTION TO DISMISS** |

I, David Liou, declare as follows:

1. I am the Director of Legal Operations for the OptumRx Legal Team. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify to them.

2. I have been the Director of Legal Operations for more than four years. In this role, I am responsible for OptumRx's client contracting operations.

3. I am familiar with OptumRx's contract management and retention systems.

4. Exhibit A attached hereto excerpts selected provisions from OptumRx, Inc.'s Prescription Drug Benefit Administration Agreement with Lake County, Illinois effective January 1, 2018.

5. Exhibit A contains confidential and commercially sensitive information that would cause competitive harm if publicly disclosed.

6. I declare, under penalty of perjury that the foregoing is true and correct.

Executed on 07/13/2023.

_____
David Liou (Jul 13, 2023 07:38 PDT)

David Liou

**PLACEHOLDER FOR EXHIBIT FILED UNDER SEAL**