**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LAKE COUNTY, ILLINOIS, | |
| *Plaintiff,* | |
| v. | Case No. 1:23-cv-02402 |
| ELI LILLY AND COMPANY, *et al.,* | |
| *Defendants.* | |

**CVS CAREMARK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE**
**A CLAIM**

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendants CVS Health Corporation, CVS Pharmacy, Inc., Caremark Rx, L.L.C., Caremark PCS Health, L.L.C., and Caremark, L.L.C. (together, "CVS Caremark"), by and through their respective undersigned counsel, move to dismiss Plaintiff's Complaint on the grounds that Plaintiff fails to state a claim upon which relief can be granted. In support of this motion, Defendants state as follows:

1. The Plaintiff's Complaint fails to state a claim for multiple reasons and therefore should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

2. First, the Plaintiff's RICO conspiracy claim fails because the Plaintiff does not allege facts with Rule 9(b) particularity that CVS Caremark agreed to conduct or participate in the affairs of the alleged RICO enterprise, or that CVS Caremark agreed that someone would commit a pattern of racketeering in furtherance of the alleged RICO enterprise's goals.

3. Second, the Plaintiff's civil conspiracy claim fails because the Plaintiff does not allege facts with Rule 9(b) particularity that CVS Caremark agreed or coordinated with its direct competitors to accomplish concerted, unlawful action.

4. Third, the Plaintiff's claims against CVS Caremark's corporate parents and uninvolved affiliates must be dismissed for failure to allege any facts implicating those entities in the challenged conduct.

5. Finally, the Plaintiff's claims fail for the reasons set forth in the motions of the other Defendants in this case.

**WHEREFORE,** for the reasons provided in the accompanying brief, the CVS Caremark Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice.

Dated: July 14, 2023                                                     Respectfully submitted,

*/s/ Elizabeth Zamora Meraz*
Enu Mainigi (*pro hac vice* forthcoming)
Craig Singer (*pro hac vice* forthcoming)
R. Kennon Poteat III (*pro hac vice*)
A. Joshua Podoll (*pro hac vice* forthcoming)
Daniel Dockery (*pro hac vice* forthcoming)
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com

Kevin P. Shea
Elizabeth Z. Meraz
**NIXON PEABODY LLP**
70 W. Madison, Suite 5200
Chicago, IL 60602
T: 312.977.4400
Firm ID: 43523
kpshea@nixonpeabody.com
ezmeraz@nixonpeabody.com

2

*Attorneys for CVS Health Corporation, CVS Pharmacy, Inc., Caremark RX, L.L.C., CaremarkPCS Health, L.L.C., and Caremark, L.L.C.*