IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAKE COUNTY, ILLINOIS<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELI LILLY AND COMPANY; NOVO NORDISK INC.; SANOFI-AVENTIS U.S. LLC; EVERNORTH HEALTH, INC. (FORMERLY EXPRESS SCRIPTS HOLDING COMPANY); EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC; MEDCO HEALTH SOLUTIONS, INC.; ESI MAIL PHARMACY, INC.; EXPRESS SCRIPTS PHARMACY, INC.; CVS HEALTH CORPORATION; CVS PHARMACY, INC; CAREMARK RX, LLC; CAREMARK PCS HEALTH, LLC; CAREMARK, LLC; UNITEDHEALTH GROUP, INC.; OPTUMRX INC.; AND OPTUMINSIGHT, INC.,<br><br>　　　　　Defendants. | Case No. 1:23-CV-2402 |

**MANUFACTURER DEFENDANTS' MOTION TO DISMISS**

　　Defendants, Eli Lilly and Company, Novo Nordisk Inc., and Sanofi-Aventis U.S. LLC (the "Manufacturer Defendants"), hereby move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth in the accompanying memorandum in support.

Dated: July 14, 2023            Respectfully submitted,

*/s/ Ryan J. Moorman*
James F. Hurst, P.C.
Andrew A. Kassof, P.C.
Diana M. Watral, P.C.
Ryan J. Moorman
Jason A. Feld
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
Email: james.hurst@kirkland.com
Email: akassof@kirkland.com
Email: diana.watral@kirkland.com
Email: ryan.moorman@kirkland.com
Email: jason.feld@kirkland.com

*Attorneys for Defendant Eli Lilly and Company*

Jordan M. Matthews, No. 6300503
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1 312 269 4169
Email: jmatthews@jonesday.com

Theresa C. Martin*
Shirlethia V. Franklin*
William D. Coglianese
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: +1 202 879 3939
Email: tcoughlin@jonesday.com
Email: sfranklin@jonesday.com
Email: wcoglianese@jonesday.com
* *Pro hac vice application forthcoming*

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

2

Suyash Agrawal
Paul Berks
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
Telephone: +1 312 283 1590
Email: sagrawal@masseygail.com
Email: pberks@masseygail.com

James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
Email: rouhandeh@davispolk.com

Neal A. Potischman
Andrew Yaphe
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000
Email: neal.potischman@davispolk.com
Email: andrew.yaphe@davispolk.com

*Attorneys for Defendant Novo Nordisk Inc.*

## CERTIFICATE OF SERVICE

I, Ryan J. Moorman, an attorney, certify that on July 14, 2023, a true and accurate copy of Manufacturer Defendants' Motion to Dismiss was served upon counsel of record at the addresses indicated by CM/ECF electronic notification.

/s/ *Ryan J. Moorman*

Ryan J. Moorman