UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| LAKE COUNTY, ILLINOIS,<br><br>        Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>        Defendants. | Case No.: 1:23-cv-02402<br><br>**ORAL ARGUMENT REQUESTED** |

**EXPRESS SCRIPTS' DEFENDANTS**
**OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service, Inc. (sued as ESI Mail Pharmacy Services, Inc.), and Express Scripts Pharmacy, Inc. (collectively "Express Scripts") move to dismiss Plaintiff Lake County, Illinois's Complaint with prejudice because Plaintiff fails to state a claim upon which relief can be granted.

The parties have previously proposed an agreed briefing schedule for Defendants' motion to dismiss. ECF No. 24. Under that schedule, Plaintiff may oppose the motion on or before September 6, 2023, and Defendants may reply on October 6, 2023. ECF No. 24. Judge Bucklo granted the agreed motion on May 16, 2023. ECF No. 26.

Express Scripts respectfully requests that this Court schedule oral argument on the motion.

**WHEREFORE**, for the reasons provided in the accompanying memorandum of law, Express Scripts respectfully requests that this Court dismiss Plaintiff's Complaint with prejudice.

1

| | |
|---|---|
| Dated: July 14, 2023 | Respectfully submitted,<br><br>/s/ *Jason R. Scherr*<br>Jason R. Scherr (admitted *pro hac vice*)<br>Patrick A. Harvey, Bar Roll No. 995570<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Ave., NW<br>Washington, D.C. 20004-2541<br>Phone: (202) 739-3000<br>Fax: (202) 739-3001<br>Email: jr.scherr@morganlewis.com<br>          patrick.harvey@morganlewis.com<br><br>Elizabeth B. Herrington, Bar Roll No. 6244547<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>110 North Wacker Dr., Suite 2800<br>Chicago, IL 60606-1511<br>Phone: (312) 324-1445<br>Fax: (312) 324-1001<br>Email: beth.herrington@morganlewis.com<br><br>*Attorneys for Defendants Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service (sued as ESI Mail Pharmacy Services, Inc.), and Express Scripts Pharmacy, Inc.* |