**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| LAKE COUNTY, ILLINOIS, | |
| Plaintiff, | |
| v. | Case No.: 1:23-cv-02402 |
| ELI LILLY AND COMPANY, *et al.*, | |
| Defendants. | |

**DECLARATION OF JASON R. SCHERR**

I, Jason R. Scherr, hereby declare as follows:

1.      I am over 18 years of age, am of sound mind and body, and under no legal disability. I have personal knowledge of the facts set forth in this declaration.

2.      I am a partner at the law firm Morgan, Lewis & Bockius LLP and represent Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service, Inc. (sued as ESI Mail Pharmacy Services, Inc.), and Express Scripts Pharmacy, Inc. (collectively, "Express Scripts") in this matter.

3.      I submit this declaration in support of Defendant Express Scripts' Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6).

4.      Express Scripts' records include an executed Medicare Part D Employer-Only Sponsored Group Waiver Plan Prescription Drug Services Agreement between Express Scripts Insurance Company and Lake County executed in April 2015.  A true and correct copy of that

Agreement, with redactions of irrelevant commercially sensitive information portions relevant to the motion to dismiss highlighted, is attached hereto as **Exhibit 1.**

5.      Express Scripts' records include an executed Pharmacy Benefit Management Agreement between Express Scripts, Inc. and the Lake County Government executed on January 6, 2015.  A true and correct copy of that Agreement, with redactions of irrelevant commercially sensitive information portions relevant to the motion to dismiss highlighted, is attached hereto as **Exhibit 2.**

6.      Express Scripts' records include a Pharmacy Benefit Management Agreement executed in February 2017.  A true and correct copy of that Agreement, with redactions of irrelevant commercially sensitive information portions relevant to the motion to dismiss highlighted, is attached hereto as **Exhibit 3.**

7.      A true and correct copy of the Original Petition filed in *County of Harris, Texas v. Eli Lilly and Co. et al.*, case number 2019-83863, filed in the District Court of Harris County, Texas on November 21, 2019 is attached hereto as **Exhibit 4**.  A copy of the Petition was attached to Defendants' Notice of Removal dated December 23, 2019 filed in *County of Harris, Texas v. Eli Lilly and Co. et al.* 4:19-cv-04994 (S.D. Tex.) (ECF No. 1-1).

8.      Plaintiffs include allegations about what Express Scripts' then-CEO Tim Wentworth said in an interview with CBS This Morning on February 7, 2017.  *See* Compl. ¶ 446. A true and correct copy of a transcript of that interview pulled from Lexis+, with key excerpts pertinent to the motion highlighted, is attached hereto as **Exhibit 5.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2023

*/s/ Jason R. Scherr*
Jason R. Scherr