# EXHIBIT 5

## *It`s six hundred dollars for the list price of the EpiPen.*

CBS News Transcripts CBS THIS MORNING 7:00 AM EST

February 7, 2017 Tuesday

Copyright 2017 CBS Worldwide Inc. All Rights Reserved

**Section:** NEWS; Domestic

**Length:** 1747 words

**Byline:** NORAH O`DONNELL
**Highlight:** That is Mylan`s CEO Heather Bresch breaking down the price for us of her company`s life-saving EpiPen. The device became a focal point in the debate over the rising costs of pharmaceuticals.

## Body

NORAH O`DONNELL (January 27): It`s six hundred dollars for the list price of the EpiPen.

HEATHER BRESCH (January 27): Mm-Hm.

NORAH O`DONNELL: You get two hundred and seventy-four dollars for that. All the middlemen, as you say, are getting three hundred and thirty-four dollars per the EpiPen. Who-- who are these middlemen that are driving up the price, you say, of the EpiPen?

HEATHER BRESCH: And I would say not driving up the price but they`re all contributing to the price. And-- and they all have an important role. All the middlemen from wholesalers to insurance to PBMs, they`re all playing a part.

NORAH O`DONNELL: That is Mylan`s CEO Heather Bresch breaking down the price for us of her company`s life-saving EpiPen. The device became a focal point in the debate over the rising costs of pharmaceuticals. PBMs, those are pharmacy benefit managers, negotiate drug prices directly with drug companies. They work on behalf of insurance and employer groups that pay for drugs. The companies act as middlemen and collect rebates and other fees. PBMs say they are the ones trying to lower drug prices. Express Scripts is the largest pharmacy benefit manager with more than one hundred and two billion dollars in annual revenue. Its CEO Tim Wentworth is with us. Good morning.

TIM WENTWORTH (Express Scripts CEO): Good morning, Norah.

NORAH O`DONNELL: Thanks for joining us. Since you`re one of the middlemen.

TIM WENTWORTH: Since I`m being here in the middle of all of you.

GAYLE KING: Hello, middlemen. Yeah.

NORAH O`DONNELL: For those that don`t understand the whole system, first, do you agree with Heather Bresch that there is a lack of transparency in drug pricing?

It`s six hundred dollars for the list price of the EpiPen.

==TIM WENTWORTH: I think it depends on sort of where you look. I think from a standpoint of the three thousand clients that-- that we have and eighty million lives we cover, they know exactly how we-- how the dollars flow and so forth, those patients-- those clients do, rather. I would tell you that the patient level, it has gotten more complex as you`ve had high deductible health plans and those sorts of things. In terms of the patient knowing and navigating to the lowest costs and that`s where we really have a job to do.==

NORAH O`DONNELL: What do PBMs do?

TIM WENTWORTH: So, in a nutshell, it can (INDISTINCT) on behalf of eighty million patients. We take care of them in terms of-- we have deep specialist pharmacy practice. We negotiate with drug companies as you said to get the prices down. And then we also negotiate with retail pharmacies. As you know, there are seventy thousand of them in this country and by narrowing down the choices to reasonable number there we can get significant discounts there.

NORAH O`DONNELL: So my understanding, though, is that just as a drug company, when they rise-- that the price of a drug increases, you get a rebate. And that rebate actually gets larger. So everyone benefits from a higher drug price, including PBMs?

TIM WENTWORTH: No, we, quite frankly, would be quite happy to not have higher drug prices. If you look at the PBM model, we benefit the most when we can actually drive clients to generic penetration where there are no rebates. And when we do obtain rebates our client`s determined and helps them stay in the benefit providing businesses as it were. So those rebates flow through us, a hundred percent of the time our clients determine where it goes. But let me make the point, pharma companies determine their prices--

NORAH O`DONNELL: Mm-Hm.

GAYLE KING: Mm-Hm.

TIM WENTWORTH: --and pharma companies determine whether or not they want to discount their price at a-- at -- at a net cost level through rebates or whether they want to lower it to a list price that`s discounted.

GAYLE KING: But consumers--

TIM WENTWORTH: They chose rebates.

GAYLE KING: But consumers-- consumers sit here, Tim, and they listen to you and say, look, it sounds good what you`re saying but all I know is it costs me a lot to fill my prescription. So we`re pointing fingers all over the place, including at your company.

TIM WENTWORTH: Sure. Mm-Hm.

GAYLE KING: Why-- what is the advantage of using a PBM as opposed to just negotiating directly to the drug company? Why can`t we just do that?

TIM WENTWORTH: The nego-- the-- the role that we play with aggregating those eighty million lives--

GAYLE KING: Mm-Hm.

It`s six hundred dollars for the list price of the EpiPen.

TIM WENTWORTH: --enables us to make wholesale changes to the system. If you look at what we do with hepatitis C, we brought that price from nearly a hundred thousand dollars of cure down to below fifty thousand of cure by bringing an entire population to the table and showing that manufacturer they could access those patients if they got the price right. That`s what us doing our job enables.

JOSH ELLIOTT: This is a cause that President Trump has now taken up.

TIM WENTWORTH: Mm-Hm.

JOSH ELLIOTT: What could the administration do here?

TIM WENTWORTH: Well, I think the administration can look to what we`ve already done to-- to sort of look forward. If you take the Department of Defense, using something like a PBM, using our company, Express Scripts, he can put into place a program that helps our-- our payers across the piece, keep their prices low by virtue of letting us continue to manufact-- negotiate with pharma manufacturers, letting us to continue to do the things that we do. And, most importantly, letting us invest in the patient tool set that enables the-- the eighty million people that we have and the- - and the hundreds of millions of people in our country as their benefit designs change navigate through the old cost.

NORAH O`DONNELL: So this is complicated. But I think I understand it pretty well.

TIM WENTWORTH: Mm-Hm.

NORAH O`DONNELL: And I understand like a pharmacy benefit manager. You`re saying we can buy in bulk.

TIM WENTWORTH: Right.

NORAH O`DONNELL: That`s way we can negotiate with pharma. We can help reduce the-- the price of a drug, as you pointed out. Then why does the price of drugs keep going up? According to your own report it went up eleven percent last year.

TIM WENTWORTH: It did on a gross basis. And the good news for our clients--

GAYLE KING: And you have got good news, though.

TIM WENTWORTH: Yeah, the good news is for our clients the unit price of drugs went up 2.5 percent.

NORAH O`DONNELL: Mm.

TIM WENTWORTH: And-- and the way that that happens, I can`t explain. You need to have pharma companies CEO explain why they keep raising the prices. I saw your interview with-- with-- with Mylan. And-- and I heard the explanation. It doesn`t make sense to me because at the end of the day, you know, from the standpoint of drug prices; the pharma companies are making that determination. Our job is, quite frankly, to the extent that they`ve been inflating them, to go and make sure our clients don`t pay those high prices.

NORAH O`DONNELL: But just-- just to answer this question.

TIM WENTWORTH: Sure.

It`s six hundred dollars for the list price of the EpiPen.

NORAH O`DONNELL: When the price of drugs goes up--

TIM WENTWORTH: Mm-Hm.

NORAH O`DONNELL: --does the rebate you receive also go up?

TIM WENTWORTH: Not always. But when it goes up, it then flows through to the clients as we`ve predetermined with our clients.

JOSH ELLIOTT: See then to Gayle`s point, though, if-- if I`m just sitting here watching this right now it does seem as though--

TIM WENTWORTH: Mm-Hm.

JOSH ELLIOTT: --we`re all-- there are just fingers being pointed back and forth--

GAYLE KING: Yeah.

TIM WENTWORTH: Sure.

JOSH ELLIOTT: --and I am forced to decide who the bad guy is?

TIM WENTWORTH: That`s-- and I understand that, but what I`d say is when you look at what we do and the results we got. Again, our report yesterday shows that it may not be simple. I`m not going to sit here and tell you it`s a simple process--

GAYLE KING: Yeah.

TIM WENTWORTH: --but we get the results.

NORAH O`DONNELL: Would-- would-- could you make public the amount PBMs receive in rebates? Could you make that more transparent so that the consumer, the patient could understand this supply chain, who is getting a cut of every piece of the drug before it rece-- reaches the patient, would you support that?

TIM WENTWORTH: We support absolute transparency with our clients and we support as well transparency with patients. In fact, we have clients where the rebate in part is-- is also taken to the point of sale for the member. That`s when a client decision based on how they`re overall funding their program. So we absolutely support that kind of transparency.

NORAH O`DONNELL: Yeah. And then when I say the interesting thing is when we go to the-- to the store and over-the-counter drug--

TIM WENTWORTH: Mm-Hm.

NORAH O`DONNELL: --we can see the price underneath and we can make a choice about which drug to choose. That doesn`t exist among prescription drugs?

TIM WENTWORTH: Actually for our patients, they can go online and use our digital tools that we`ve made significant investments in. And see not-- they can see their balances in their high deductible plans across medical and pharmacy. They can see the price of a drug; they can see the lowest cost retail pharmacy to get that drug at or even better. They can get ninety days at mail in many cases--

It`s six hundred dollars for the list price of the EpiPen.

GAYLE KING: Mm-Hm.

TIM WENTWORTH: --and they can see exactly what they`re going to pay.

NORAH O`DONNELL: That`s helpful. Thank you. That`s going to--

GAYLE KING: Complicated when there are solutions.

NORAH O`DONNELL: Yeah.

TIM WENTWORTH: There are solutions.

JOSH ELLIOTT: Transparent, good.

NORAH O`DONNELL: Thank you, Tim. Thank you.

All right. U.S. soccer great Hope Solo said she never thought she could get fired for being a poor sport. Ahead, a preview of our revealing interview for 60 MINUTES SPORTS. You are watching CBS THIS MORNING.

(ANNOUNCEMENTS)

GAYLE KING: Some of America`s finest cities are celebrating their places on top of a new list of the best places to live. U.S. News and World Report ranked the nation`s largest cities based on affordability, job prospects, and the quality of your life. San Jose, California, is in third place this year. Denver was bumped from first to second. So this year`s top spot, drum roll please, goes to Austin, Texas.

JOSH ELLIOTT: Can`t argue.

GAYLE KING: I know. You`re right, Josh, can`t argue with that. I love that city and its population has been booming since 2011. It`s a great place.

NORAH O`DONNELL: The stars at night are big and bright deep in the heart of Texas.

GAYLE KING: There`s a Texas girl at the table.

NORAH O`DONNELL: Okay. A secret mix of metal goes into the recipe for music`s most iconic trophy. Ahead, we will tell you the story.

(ANNOUNCEMENTS)

**Load-Date:** February 8, 2017

**End of Document**