## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: LAKE COUNTY, ILLINOIS v. ELI LILLY AND COMPANY, et al.

Case Number: 1:23-cv-02402

An appearance is hereby filed by the undersigned as attorney for:

Evernorth Health, Inc. (formerly Express Scripts Holding Company), Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Pharmacy Service (sued as ESI Mail Pharmacy Services, Inc.), Express Scripts Pharmacy, Inc.

Attorney name (type or print): Jason R. Scherr

Firm: Morgan, Lewis & Bockius, LLP

Street address: 1111 Pennsylvania Ave., NW

City/State/Zip: Washington, DC 20004

Bar ID Number: 466645 (D.C.)
(See item 3 in instructions)

Telephone Number: (202) 739-3000

Email Address: jr.scherr@morganlewis.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 17, 2023

Attorney signature: S/ Jason R. Scherr
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015