**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Lake County, Illinois,** | |
| **Plaintiff,** | |
| **v.** | Case No. 1:23-cv-002402 |
| **Eli Lilly and Company, et al.,** | Judge LaShonda A. Hunt |
| **Defendants.** | |

**<u>REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE</u>**

Defendant Sanofi-Aventis U.S. LLC hereby requests that the filing fee associated with the pro hac vice application of Attorney William D. Coglianese, bearing receipt number AILNDC-20807523, be refunded to the charged credit card (or by other means). The filing fee was a duplicate payment, and a separate payment bearing receipt number AILNDC-20807641 corresponds to Mr. Coglianese's pro hac vice application.

Respectfully submitted,

DATED: July 17, 2023

*/s/ William D. Coglianese*
William D. Coglianese (pro hac vice)
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
T: 202-879-3939
wcoglianese@jonesday.com

Jordan M. Matthews, No. 6300503
**JONES DAY**
110 N. Wacker Drive
Suite 4800
Chicago, IL 60606
T: 312-269-4169
jmatthews@jonesday.com

*Attorneys for Sanofi-Aventis U.S. LLC*

1