IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Lake County, Illinois,**  Plaintiff,  v.  **Eli Lilly and Company, et al.,**  Defendants. | Case No. 1:23-cv-002402  Judge LaShonda A. Hunt |

### SANOFI-AVENTIS U.S. LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATE

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Sanofi-Aventis U.S. LLC makes the following disclosures and notification as to its affiliate through its undersigned counsel:

Sanofi-Aventis U.S. LLC discloses that 100% of its shares are owned by Sanofi, a publicly held French corporation. Accordingly, Sanofi is the sole affiliate of Sanofi-Aventis U.S. LLC, as defined by Local Rule 3.2(a).

DATED: July 18, 2023.

*/s/ William D. Coglianese*
William D. Coglianese
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
Tel: 202-879-3939
wcoglianese@jonesday.com

Jordan M. Matthews, No. 6300503
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Tel: 312-269-4169
jmatthews@jonesday.com

1

*Attorneys for Sanofi-Aventis U.S. LLC*