UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Lake County, Illinois
          Plaintiff,

v.                   Case No.: 1:23−cv−02402
                  Honorable LaShonda A. Hunt

Eli Lilly and Company, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 20, 2023:

  MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of Defendants' Motions to Dismiss [66][69][71]73], the Court enters the agreed briefing schedule previously proposed by the parties [24]: Plaintiff's responses in opposition are due by 9/6/23 and Defendants' replies in support are due by 10/6/23. The Court will rule by mail. The status report deadline of 8/4/23 and telephonic status hearing date of 8/15/23 are stricken. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.