# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lake County, Illinois

                      Plaintiff,

v.                                                Case No.: 1:23−cv−02402
                                                            Honorable LaShonda A. Hunt

Eli Lilly and Company, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2023:

      MINUTE entry before the Honorable LaShonda A. Hunt: Motion by Brian D. Boone for Leave to Appear Pro Hac Vice on behalf of Defendants OptumRx, Inc., Optum, Inc., OptumInsight, Inc. and UnitedHealth Group, Inc. [79] is granted. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.