FILED
8/23/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DJ

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INSULIN PRICING LITIGATION   MDL No. 3080

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On August 3, 2023, the Panel transferred 5 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2023). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martinotti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 3, 2023, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 14, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel



TRUE AND CERTIFIED COPY
Keith Guthrie
12:52 pm, Aug 14 2023

IN RE: INSULIN PRICING LITIGATION  MDL No. 3080

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 23−02402 | Lake County, Illinois v. Eli Lilly and Company et al |
| LOUISIANA MIDDLE | | | Opposed 8/11/23 |
| ~~LAM~~ | ~~3~~ | ~~23−00302~~ | ~~The State of Louisiana v. Sanofi−Aventis U.S. LLC et al~~ |
| LAM | 3 | 23−00589 | Bossier Parish v. Eli Lilly and Company et al |
| MISSOURI WESTERN | | | |
| MOW | 4 | 23−00206 | Jackson County, Missouri v. Eli Lilly and Company et al |
| NEW YORK NORTHERN | | | |
| NYN | 1 | 22−00981 | County of Albany, New York v. Eli Lilly and Company et al |
| OHIO NORTHERN | | | |
| OHN | 1 | 23−01417 | City of Cleveland, Ohio v. Eli Lilly & Company et al |
| PUERTO RICO | | | |
| ~~PR~~ | ~~3~~ | ~~23−01349~~ | ~~Sistema Integrado de Salud del Oeste LLC et al v. Eli Lilly & Company et al~~  Vacated 8/14/23 |



**U.S. DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**OFFICE OF THE CLERK**
*Martin Luther King Building and U.S. Courthouse*
*50 Walnut Street, Room 4015*
*Newark, New Jersey 07101*

CAMDEN OFFICE
Mitchell H. Cohen Building and
U.S. Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets, Room 1050
Camden, New Jersey 08101

TRENTON OFFICE
Clarkson S. Fisher Building and
U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

August 14, 2023

Attention: MDL Clerk

    Re: MDL 3080 – In Re: Insulin Pricing Litigation

**Northern District of Illinois: 1:23-2402 Lake County, Illinois v. Eli Lilly and Company et al**

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigning the matter to the Honorable Brian R. Martinotti, U.S.D.J. for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 or higher, you can transfer the case to us via "Case Extraction" found in the **Utilities** menu. Please note, after completing this process the NEF screen will display the following message:

    "Sending e-mail to: InterdistrictTransfer_NJD@njd.uscourts.gov ."

    If this message is *not* displayed, we have not received notice. In the event this occurs, we will initiate the procedure to retrieve the transferred case(s) upon receipt of the e-mail.

    If your court does not utilize the CM/ECF transfer functionality, please contact the clerk at the following e-mail address: keith_guthrie@njd.uscourts.gov . Upon receipt, the documents will be retrieved using the court's Pacer account.

    If you have any questions, please contact me at 973-645-4562.

    Very truly yours,

    Melissa E. Rhoads, Clerk

*Keith Guthrie, Deputy Clerk*