

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton    312-435-5670
Clerk

08/23/2023

U.S. District Court
District of New jersey

Re:   Lake County, Illinois v. Eli Lilly

USDC Case Number:   23cv2402

MDL Number:   3080

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 08/23/2023**:**

X    Was electronically transmitted to: District of New Jersey

☐ Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely.
Thomas G. Bruton, Clerk

By:    /s/ David Jozwiak
Deputy Clerk

Enclosures

**New Case No.** _____    **Date** _____

cc:    Non-ECF Attorneys and Pro se Parties
Rev. 11/10/2016